BEN HOLLAND v. THE STATE.

No. 6509.  Decided November 30, 1921.

**Intoxicating Liquors—Possession of Equipment—Repeal of Statute.**

Where, upon appeal from a conviction of the unlawful possession of equipment for making intoxicating liquor, it appears in obedience to Art. 16, of the Penal Code, exempting from punishment those offending against the law subsequently repealed before the judgment becomes final, the judgment must be reversed and the cause dismissed, this is accordingly done. Following Cox v. State, 90 Texas Crim. Rep., 256.

Appeal from the District Court of Angelina. Tried below before the Honorable L. D. Guinn.

Appeal from the conviction of unlawful possession of equipment for the manufacture of intoxicating liquors; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Fairchild & Redditt,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The sole count in the indictment charged and the appellant was convicted of the unlawful possession of equipment for making intoxicating liquor. The phase of the statute denouncing this offense having been omitted in amending the law

on the subject, it becomes necessary, in obedience to Article 16 of the Penal Code exempting from punishment those offending against a law subsequently repealed before the judgment becomes final, to order that the judgment be reversed and the prosecution dismissed. Chapter 61, Laws of the Thirty-seventh Legislature, First and Second Called Sessions; Frank Cox v. State, 90 Texas Crim. Rep., 256, recently decided.

*Reversed and dismissed.*